IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| D.O.J./CIVIL RIGHTS DIVISION VOLUNTEER AGENT F. GRANDINETTI, A FORMER U.S. ATTORNEY STAFFER, HAWAII,  Plaintiff,  vs.  U.S. ATTORNEY SHERRY SCHEEL MATTEUCCI, DISTRICT OF MONTANA; D.O.J. INVESTIGATION TEAM, TEXAS-MONTANA-HAWAII CONTRACTS; AND PUBLIC SAFETY DIRECTOR KEITH M. KANESHIRO, STATE OF HAWAII; ET. AL., CLASS-ACTION,  Defendants. | CV-06-62-BLG-RFC  **ORDER** |

On October 19, 2006, United States Magistrate Judge Richard W. Anderson entered his Findings and Recommendation.  Magistrate Judge Anderson recommends that Plaintiff's request for release from custody should be denied for lack of jurisdiction and Plaintiff should not be allowed to proceed in forma pauperis in this matter.

Plaintiff had 20 days after the date of Magistrate Judge Anderson's Recommendations to file written objections.  28 U.S.C. § 636(b)(1).  In this matter, Plaintiff filed what appear to be

objections in the form of a "Motion #1" and "Motion #2" on November 13, 2006. Plaintiff's objections are not well taken.

After a de novo review, the Court determines the Findings and Recommendation of Magistrate Judge Anderson are well grounded in law and fact and HEREBY ORDERS they be adopted in their entirety.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's request for release from custody is **DENIED** for lack of jurisdiction. Plaintiff is not allowed to proceed in forma pauperis in this matter and he has failed to pay the $350.00 filing fee. Therefore, this matter is **DISMISSED**.

The Clerk of Court shall notify the parties of the making of this Order and close this case accordingly.

DATED this 17th day of November, 2006.

                                               __/s/ Richard F. Cebull_____
                                               RICHARD F. CEBULL
                                               UNITED STATES DISTRICT JUDGE